**Opinion issued February 10, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00865-CV

———————————

**HARRY W. STURGES, Appellant**

**V.**

**SUNTRUST MORTGAGE, INC., Appellee**

On Appeal from the County Court at Law No. 1
Galveston County, Texas
Trial Court Case No. CV-0071918

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. No opinion has issued.

Further, although appellant failed to include a certificate of conference in his

motion, more than 10 days have passed and no party has responded to the motion.

*See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.